In the Matter of Jesse Clark, Appellant, v Dora Schriro, Commissioner of the New York City Department of Correction, et al., Respondents. [935 NYS2d 887]—

Supreme Court properly found that since respondents were not required to provide petitioner with a hearing within a specifically prescribed period, but only within a "reasonable time" (NY City Charter § 1046 [c] [1]), their failure to do so for more than a year after charging petitioner with misconduct did not constitute failure to fulfill a nondiscretionary duty or perform a purely ministerial act. Accordingly, the petition did not plead an action for mandamus to compel (*see Matter of Gar-*

*rison Protective Servs. v Office of Comptroller of City of N.Y.,* 92 NY2d 732, 736 [1999]). Concur—Mazzarelli, J.P., Andrias, Saxe and Freedman, JJ.